**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ERICA DENISE BOLADALE** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **ARTHUR LEE HODGE and** | § | |
| **DEAN TRUCKING, LLC** | § | **JURY TRIAL REQUESTED** |

---

**DEFENDANTS ARTHUR LEE HODGE AND DEAN TRUCKING, LLC'S**
**NOTICE OF REMOVAL**

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants, ARTHUR LEE HODGE and DEAN TRUCKING, LLC, file this Notice of Removal pursuant to 28 U.S.C. §§1441 and 1446, showing the following basis for removal.

### INTRODUCTION

1.    Plaintiff, ERICA DENISE BOLADALE, filed Plaintiff's Original Petition against Defendants on October 6, 2017, under Cause No. 2017-66404, pending in the 55th Judicial District Court, Harris County, Texas.  Citations upon the Defendants were issued on October 11, 2017.

2.    Defendant ARTHUR LEE HODGE was served with Plaintiff's Original Petition on February 8, 2018.

3.    Defendant, DEAN TRUCKING, LLC was served with Plaintiff's Original Petition on February 8, 2018.

4.    This original Notice of Removal is filed within thirty days of service upon Defendants ARTHUR LEE HODGE and DEAN TRUCKING, LLC, the statutory period for removal as required under 28 U.S.C. §1446(b).

JURISDICTION

5.      This court has removal jurisdiction over this lawsuit pursuant to 28 U.S.C. §§1441 and 1446 and based upon diversity of citizenship under 28 U.S.C. §1332.  Plaintiff, ERICA DENISE BOLADALE, is domiciled in Texas and is a citizen of that state.  Defendant ARTHUR LEE HODGE is domiciled in Montana and is a citizen of that state.  Defendant, DEAN TRUCKING, LLC is incorporated in the State of Montana with its principal place of business in Ovando, Montana, and therefore is a citizen of that state.  Thus, there is diversity of citizenship between Plaintiff and Defendants.

6.      Consistent with TEX. R. CIV. P. 47, Plaintiff seeks monetary relief over $200,000 but not more than $1,000,000 in her Original Petition.  Plaintiff seeks to recover damages for bodily injuries, including past and future physical pain and mental anguish, past and future loss of earnings, past and future medical expenses, past and future physical disfigurement, past and future physical impairment.  Therefore, based on information and belief of Defendants herein, Plaintiff is seeking damages in excess of this court's jurisdictional minimum of $75,000.00, excluding interest and costs.

7.      All pleadings, process, orders, and other filings in the state court action in the possession of Defendant is attached to this notice as required by 28 U.S.C. §1446(a).

8.      Venue is proper in this district under 28 U.S.C. 1391(b)(2) because the sole basis for Plaintiff's suit and claim for damages arose from a motor vehicle accident which happened on or about October 9, 2015 in the 900 Block of Lockwood Drive in Harris County, Texas.

9.      Defendants will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending.

### JURY DEMAND

10.     Defendants ARTHUR LEE HODGE and DEAN TRUCKING, LLC hereby make a demand for a jury trial.

### CONCLUSION

For these reasons, ARTHUR LEE HODGE and DEAN TRUCKING, LLC, therefore give notice of their removal of this lawsuit to this Court, and an automatic stay of further proceedings in state district court.

Respectfully submitted,

**RAMEY, CHANDLER, QUINN & ZITO, P.C.**

*/s/ Robert L. Ramey*
Robert L. Ramey
Southern District No. 5535
State Bar No.  16498200
750 Bering Drive, Suite 600
Houston, Texas 77057
Telephone:  (713) 266-0074
Facsimile:  (713) 266-1064
Email:  rlr@ramey-chandler.com
**ATTORNEYS FOR DEFENDANTS,**
**ARTHUR LEE HODGE AND**
**DEAN TRUCKING, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of ***Defendant's Notice of Removal*** has been served upon all counsel of record, in accordance with the rules on this 23rd day of February, 2018, as follows:

Richard J. Nava                                          *Facsimile:  (713) 666-5922*
Mark B. Levin
Stern Law Group
4909 Bissonnet Street, Suite 100
Bellaire, Texas 77401

*/s/ Robert L. Ramey*
Robert L. Ramey

3