**201766404 - BOLADALE, ERICA DENISE vs. HODGE, ARTHUR LEE (Court 055)**

Chronological History (non-financial) Print All

| Summary | Appeals | Cost Statements | Transfers | Post Trial Writs | Abstracts | Parties |
|---|---|---|---|---|---|---|
| Court Costs | Judgments/Events | Settings | Services/Notices | Court Registry | Child Support | Images |

*** Note: Only non-confidential public civil/criminal documents are available to the Public. All non-confidential Civil documents are imaged. In Family Cases, select non-confidential documents and all e-filings are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). In Criminal Cases, select non-confidential documents are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). If the case or Civil document you are looking for is not available and should be, please click here to notify Customer Service.**

You may print and save uncertified copies of documents from the preview window.

Purchase Order ( 0 documents )

Print List

| Image No. | Title | [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case |
|---|---|---|---|---|---|---|
| 76910527 | Plantiffs Original Petition Jury Demand And Request For Disclosure | | | 10/06/2017 | 6 | Add to Basket |
| -> 76910529 | Civil Case Information Sheet | | | 10/06/2017 | 1 | Add to Basket |
| -> 76910530 | Civil Process Request | | | 10/06/2017 | 1 | Add to Basket |
| -> 76910528 | Letter to Clerk | | | 10/06/2017 | 1 | Add to Basket |

[WS4]

Chris Daniel - District Clerk
Harris County
Envelope No: 19908304
By: CLAUSELL, CYNTHIA
Filed: 10/6/2017 11:18:45 AM

2017-66404 / Court: 055

# STERN LAW GROUP

October 6, 2017

Writer's E-Mail Address:
jnava@stern-lawgroup.com

**VIA E-File**
Mr. Chris Daniel
Harris County District Clerk
201 Caroline, Suite 420
Houston, Texas 77002

**RE: No. ______________; *Erica Denise Boladale v. Arthur Lee Hodge and Dean Trucking, LLC*; In the ____________ Judicial District Court of Harris County, Texas.**

Dear Mr. Daniel:

Enclosed for filing regarding the above referenced cause please find the following:

- Plaintiff's Original Petition, Jury Demand and Request for Disclosure;
- Civil Case Information Sheet; and
- Civil Process Request Form.

Payment is also included to cover filing fees and the preparation of two (2) citations for service.

After citations have been prepared, please return them to our office so that service may be perfected.

Please acknowledge receipt of this instrument (s) by affixing the electronic file date and time of filing on a copy of this document and return the same to us via electronic mail.

Thank you for your attention and cooperation.

Very truly yours,

*/s/ Richard J. Nava*
**RICHARD JASON NAVA**

RJN/al
Enclosure
44123.24

Unofficial Copy Office of Chris Daniel District Clerk

10/6/2017 11:18:45 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 19908304
By: CLAUSELL, CYNTHIA
Filed: 10/6/2017 11:18:45 AM

2017-66404 / Court: 055

**CIVIL PROCESS REQUEST**

CASE NUMBER: ______________ CURRENT COURT: _______

TYPE OF INSTRUMENT TO BE SERVED: Plaintiff's Original Petition

FILE DATE OF MOTION:

SERVICE TO BE ISSUED ON:

1. NAME: ARTHUR LEE HODGE
ADDRESS: 771 East Road, Willard, Montana 59354
AGENT:
TYPE OF SERVICE: Citation
SERVICE BY: **Private process service: AFTER CITATION HAS BEEN COMPLETED, PLEASE FORWARD IN TE ENCLOSED SELF-ADDRESSED STAMPED ENVELOPE.**

2. NAME: Dean Trucking, LLC
ADDRESS: 770 Calumet Road, Ovando, Montana 59854
AGENT: Mary Beth Dean
TYPE OF SERVICE: Citation
SERVICE BY: **Private process service: AFTER CITATION HAS BEEN COMPLETED, PLEASE FORWARD IN TE ENCLOSED SELF-ADDRESSED STAMPED ENVELOPE.**

**************************************************************

ATTORNEY REQUESTING SERVICE:

**Richard Jason Nava, SBN: 24083552; Stern Law Group, 4909 Bissonnet St., Suite 100, Bellaire, Texas 77401, 713/661-9900, 713/666-5922 Facsimile, jnava@stern-lawgroup.com;**

Unofficial Copy Office of Chris Daniel District Clerk

10/6/2017 11:18:45 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 19908304
By: CLAUSELL, CYNTHIA
Filed: 10/6/2017 11:18:45 AM

# CIVIL CASE INFORMATION SHEET (REV. 2/13)

CAUSE NUMBER (FOR CLERK USE ONLY): 2017-66404 / Court: 055 (FOR CLERK USE ONLY)

STYLED Erica Denise Boladale v. Arthur Lee Hodge and Dean Trucking, LLC

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

Name: Richard J. Nava
Email: jnava@stern-lawgroup.com
Address: 4909 Bissonnet St., Suite 100
Telephone: (713) 661-9900
City/State/Zip: Bellaire, Texas 77401
Fax: (713) 666-5922
Signature: [signature]
State Bar No: 24083552

**Names of parties in case:**

Plaintiff(s)/Petitioner(s): Erica Denise Boladale

Defendant(s)/Respondent(s): Arthur Lee Hodge; Dean Trucking, LLC

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**
- [x] Attorney for Plaintiff/Petitioner
- [ ] *Pro Se* Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other: ______

Additional Parties in Child Support Case:
Custodial Parent: ______
Non-Custodial Parent: ______
Presumed Father: ______

## 2. Indicate case type, or identify the most important issue in the case (*select only 1*):

### Civil

**Contract**
*Debt/Contract*
- [ ] Consumer/DTPA
- [ ] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract: ______

*Foreclosure*
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract: ______

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation

*Malpractice*
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability: ______
- [x] Motor Vehicle Accident
- [ ] Premises

*Product Liability*
- [ ] Asbestos/Silica
- [ ] Other Product Liability List Product: ______
- [ ] Other Injury or Damage: ______

**Real Property**
- [ ] Eminent Domain/ Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property: ______

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other: ______

**Employment**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment: ______

**Other Civil**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other: ______

**Tax**
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void

*Divorce*
- [ ] With Children
- [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other: ______

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child: ______

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings
- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other: ______

## 3. Indicate procedure or remedy, if applicable (*may select more than 1*):

- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

## 4. Indicate damages sought (*do not select if it is a family law case*):

- [ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [ ] Over $100, 000 but not more than $200,000
- [x] Over $200,000 but not more than $1,000,000
- [ ] Over $1,000,000

Unofficial Copy Office of Chris Daniel District Clerk

10/6/2017 11:18 AM
Chris Daniel - District Clerk Harris County
Envelope No. 19908304
By: Cynthia Clausell-McGowan
Filed: 10/6/2017 11:18 AM

2017-66404 / Court: 055

**CAUSE NO. ____________**

| | | |
|---|---|---|
| **ERICA DENISE BOLADALE** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **V.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **ARTHUR LEE HODGE and DEAN TRUCKING, LLC** | § § | **_____ JUDICIAL DISTRICT** |

**PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, ERICA DENISE BOLADALE**, Plaintiff in the above entitled and numbered cause, complaining of and against **ARTHUR LEE HODGE** and **DEAN TRUCKING, LLC**. Defendants herein, and for causes of action would respectfully show unto the Court the following:

## I. DISCOVERY CONTROL PLAN

1.0 Discovery is intended to be conducted under Level 3 of the Texas Rules of Civil Procedure 190.

## II. PARTIES

2.0 Plaintiff is a resident of Harris County, Texas.

2.1 Defendant, **ARTHUR LEE HODGE** is an individual residing in Willard, Fallon County, Montana who may be served with service of process at 771 East Road, Willard, Montana 59354, or wherever he may be found.

2.2 Defendant, **DEAN TRUCKING, LLC** is a Foreign -For-Profit Corporation doing business in the State of Texas and may be served through its registered agent of service, MaryBeth Dean, 770 Calumet Road, Ovando Montana, 59854, or wherever she may be found.

Unofficial Copy Office of Chris Daniel District Clerk

## III.
## JURISDICTION & VENUE

3.0 Venue is proper in Harris County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code §15.001 *et seq*. because all or a substantial part of the events or omissions giving rise to the claims arose in Harris County, Texas. This Court has jurisdiction over the parties and subject matter hereof. The amount in controversy exceeds the minimum jurisdictional limits of this Court.

## IV.
## FACTS

4.0 On or about October 9, 2015, Plaintiff was lawfully driving in a 1999 Mercury Mystique, traveling southbound in the 900 block of Lockwood Drive, a street located in Houston, Harris County, Texas. At the time in question, Defendant **ARTHUR LEE HODGE** was driving a 2005 Peterbilt Tractor Trailer, traveling in the same direction. Defendant failed to control speed and yielding the right of way striking Plaintiff's vehicle.

4.1 At such time, Defendant **ARTHUR LEE HODGE** was working in the course and scope of his employment with **DEAN TRUCKING, LLC.**

## V.
## NEGLIGENCE OF DEFENDANTS

### A. ARTHUR LEE HODGE

5.0 At the time of the accident made the basis of this suit, Defendant, **ARTHUR LEE HODGE** was operating the aforementioned vehicle in a negligent and careless manner in the following respects which, among others, may be shown at the trial of this cause:

1. In failing to keep a proper lookout;
2. In failing to yield;
3. In failing to control speed;
4. In failing to operate the vehicle in a reasonable and prudent manner.

Unofficial Copy Office of Chris Daniel District Clerk

5.1 Each of these acts and omissions, singularly or in combination with others, constitute negligence which was the proximate cause of this incident, and the injuries sustained by the Plaintiff. Additionally, Defendant's acts or omissions in violating the Texas Transportation Code as listed above constitute negligence per se.

**B. DEAN TRUCKING, LLC**

5.2 The above-described collision was proximately caused by the negligence of Defendant **DEAN TRUCKING, LLC** as a result of its negligent entrustment of the subject vehicle to Defendant **ARTHUR LEE HODGE** when it knew or should have known that he was not a safe driver.

5.3 Defendant **ARTHUR LEE HODGE** was an agent and/or servant of Defendant **DEAN TRUCKING, LLC.** As such, Defendant **DEAN TRUCKING, LLC** is responsible for the conduct of Defendant **ARTHUR LEE HODGE** due to the master-servant relationship which existed, and under the doctrine of Respondeat Superior.

Unofficial Copy Office of Chris Daniel District Clerk

**VI.**
**DAMAGES**

6.0 Said elements of damage which Plaintiff seeks to recover from Defendants include compensation for the following:

1. The physical pain and mental anguish sustained by Plaintiff from date of injury to the time of trial;

2. The physical pain and mental anguish that Plaintiff will suffer in the future;

3. Loss of earnings sustained by Plaintiff from date of injury to time of trial;

4. Loss of earnings and earning capacity reasonably anticipated to be suffered by Plaintiff in the future;

5. Reasonable and necessary medical expenses incurred by Plaintiff in the treatment of Plaintiff's injuries from date of injury to time of trial;

6. Reasonable and necessary medical expenses reasonably anticipated to be sustained

by Plaintiff in the future for treatment of Plaintiff's injuries;

7. Past and future physical disfigurement; and

8. Past and future physical impairment;

As such, Plaintiff affirmatively pleads that he monetary relief over $200,000.00 but not more than $1,000,000.00.

**VII.**
**REQUEST FOR JURY TRIAL**

7.0 Plaintiff requests a jury trial.

**VIII.**
**ALTERNATIVE PARAGRAPH NO. 1**

8.0 In the alternative, Plaintiff would show that if any injury and/or condition from which he currently suffers was pre-existing, then such condition was aggravated and/or exacerbated by the negligence of the Defendants herein.

**IX.**
**ALTERNATIVE PARAGRAPH NO. 2**

9.0 In the alternative, Plaintiff would show that if he suffers from any subsequent injury and/or condition, then such injury and/or condition was aggravated and/or exacerbated by the negligence of the Defendants herein.

**X.**
**REQUEST FOR DISCLOSURE**

10.0 Pursuant to Rule 194 of the Texas Rules of Civil Procedure, you are hereby requested to disclose, within fifty (50) days of service of this document, the information or material described below. Please serve your responses on counsel representing this Plaintiff, and produce true and correct copies of all documents and other tangible items with your responses, in accordance with Rule 194.4.

10.1 Plaintiff requests disclosure of the following, pursuant to Rules 194.2(a) through 194.2(l):

Unofficial Copy Office of Chris Daniel District Clerk

(a) the correct names of the parties to the lawsuit;

(b) the name, address, and telephone number of any potential parties;

(c) the legal theories and, in general, the factual bases of Defendant's claims or defenses;

(d) the amount and any method of calculating economic damages;

(e) the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

(f) for any testifying expert:

(1) the expert's name, address, and telephone number;

(2) the subject matter on which the expert will testify;

(3) the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of Defendant, documents reflecting such information;

(4) if the expert is retained by, employed by, or otherwise subject to the control of Defendant:

(A) all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

(B) the expert's current resume and bibliography;

(g) any discoverable indemnity and insuring agreements;

(h) any discoverable settlement agreements;

(i) any discoverable witness statements;

(j) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

(k) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

(l) the name, address, and telephone number of any person who may be designated as

Unofficial Copy Office of Chris Daniel District Clerk

a responsible third party.

**XI.**
**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that these Defendants be cited to appear and answer herein, and that upon final trial hereof, Plaintiff recovers from said Defendants, jointly and severally, a sum over $200,000.00 but not more than $1,000,000.00, costs of Court, pre-judgment and post-judgment interest at the legal rate, and demand for judgment for all other relief to which the Plaintiff deemed entitled.

Respectfully submitted,

**STERN LAW GROUP**

*/s/ Richard J. Nava*

By: **RICHARD J. NAVA**
SBN: 24083552
Email: jnava@stern-lawgroup.com
**MARK B. LEVIN**
SBN: 12254020
Email: mlevin@stern-lawgroup.com
4909 Bissonnet St., Suite 100
Bellaire, Texas 77401
713/661-9900
713/666-5922 Facsimile

**ATTORNEYS FOR PLAINTIFF**

Unofficial Copy Office of Chris Daniel District Clerk

RECEIPT NO. [illegible]

PLAINTIFF: [illegible]
vs.
DEFENDANT: MOORE, ARTHUR LEE

[illegible]
District Court
of Harris County, Texas
[illegible] DISTRICT COURT
Houston, TX

CITATION (NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: MOORE, ARTHUR LEE
OR WHEREVER HE MAY BE FOUND

[illegible] EAST ROAD WILLARD NY [illegible]

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE AND JURY DEMAND

This instrument was filed on the [illegible] day of October, 2017, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 11th day of October, 2017, under my hand and seal of said Court.

Issued at request of:
[illegible]

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas [illegible]
(P.O. Box 4651, Houston, Texas [illegible])

Generated By: [illegible]

State of ___________

County of ___________

OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority, who being by me duly sworn, deposes and says that in the County of ___________ State of ___________ he delivered to the within named defendants in person at the following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |

a true copy of this notice, with a copy of ___________

accompanying same; and further, that he is an adult and is not an interested party in this suit and is the person competent to make oath of the fact.

Affiant Deputy

On this day, ___________ known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of ___________

Notary Public

CAUSE NO. 201766404

RECEIPT NO. 0.00 MTA

********** TR # 73422827

PLAINTIFF: BOLADALE, ERICA DENISE
vs.
DEFENDANT: HODGE, ARTHUR LEE

In The 55th
Judicial District Court
of Harris County, Texas
55TH DISTRICT COURT
Houston, TX

CITATION (NON-RESIDENT CORPORATE)

THE STATE OF TEXAS
County of Harris

TO: DEAN TRUCKING LLC (FOREIGN- FOR- PROFIT CORPORATION)
MAY BE SERVED BY SERVING THROUGH ITS REGISTERED AGENT
MARYBETH DEAN
OR WHEREVER SHE MAY BE FOUND
770 CALUMET ROAD OVANDO MT 59854

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE AND JURY DEMAND

This instrument was filed on the 6th day of October, 2017, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 11th day of October, 2017, under my hand and seal of said Court.

Issued at request of:
NAVA, RICHARD JASON
4909 BISSONNET SUITE #100
BELLAIRE, TX 77401
Tel: (281) 236-2688
Bar No.: 24083552

Chris Daniel
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: COLLINS, IRIS TROISHA IKS//10790315

OFFICER/AUTHORIZED PERSON RETURN

Received on the ____ day of ______________, ______, at _______ o'clock ____ .M., and executed the same in __________ County, Texas, on the ____ day of ___________, _______, at ______ o'clock ______.M., by summoning the ________________________________________,

a corporation < by delivering to ____________________________, in person ______________
by leaving in the principal office during office hours

________________________________ of the said ________________________________

a true copy of this notice, together with accompanying copy of

Serving __________ copy _____ $ __________

________________________ By ________________________
Affiant Deputy