IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERICA DENISE BOLADALE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-00559 |
| | § | |
| ARTHUR LEE HODGE and | § | |
| DEAN TRUCKING, LLC | § | JURY TRIAL REQUESTED |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have moved the Court for an order dismissing, with prejudice, all claims by all parties. It is therefore,

ORDERED all claims by all parties are hereby dismissed with prejudice. All parties will bear their own costs and attorney fees.

This order disposes of all claims by all parties and is a final, appealable order.

Signed ___February 14___, 2019.

_____
GRAY H. MILLER
UNITED STATES DISTRICT JUDGE